DOLORES A. NOLAN *v.* JOHN J. NOLAN, JR.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Jack M. Krulewitz,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued April 6—decided April 6, 1971

ELIZABETH A. BITONTI *v.* STANLEY V. TUCKER

The motion by the defendant entitled "Motion to Set Aside Verdict for Failure of Appellees to Diligently Defend" in the appeal from the Superior Court in Hartford County is denied.